UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 04458
   EDWARD A SIMMS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-7160
```

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/20/2006 and was confirmed 06/15/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/04/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | 35784.00 | .00 | 35784.00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 11880.00 | .00 | 10498.72 |
| NATIONAL CAPITAL MGMT LL | UNSEC W/INTER | 2015.42 | .00 | .00 |
| WELLS FARGO FINANCIAL | UNSEC W/INTER | NOT FILED | .00 | .00 |
| SPRINT PCS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| T MOBILE | UNSEC W/INTER | 213.20 | .00 | .00 |
| CAPITAL ONE | UNSEC W/INTER | 1587.04 | .00 | .00 |
| COURTNEY SIMMS | NOTICE ONLY | NOT FILED | .00 | .00 |
| MARTIN J OHEARN | DEBTOR ATTY | 2,500.00 | | 2,500.00 |
| TOM VAUGHN | TRUSTEE | | | 3,223.48 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 52,006.20 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | 46,282.72 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 2,500.00 |
| TRUSTEE COMPENSATION | | 3,223.48 |
| DEBTOR REFUND | | .00 |
| | --------------- | --------------- |
| TOTALS | 52,006.20 | 52,006.20 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 04458 EDWARD A SIMMS

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE


                            PAGE   2
        CASE NO. 06 B 04458 EDWARD A SIMMS